

# MANDATE

## Court of Appeals

## First District of Texas

NO. 01-14-00625-CV

STEVEN MOODY, Appellant

V.

SPRING CHRYSLER DODGE JEEP RAM DEALERSHIP CO. AND AUTO NATION CORPORATION, Appellees

Appeal from the 133rd Judicial District Court of Harris County, Texas (Tr. Ct. Cause No. 2014-26991).

**TO THE 133RD JUDICIAL DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 10th day of February, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> Appellant Steven Moody, has neither paid the required fee nor established indigence. After being notified that this appeal was subject to dismissal, the notice was returned to sender and appellant did not timely respond. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the appeal be dismissed.



# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00625-CV

Steven Moody

v.

**Spring Chrysler Dodge, Jeep Ram Dealership**

NO. 2014-26991 IN THE 133RD DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $10.00 | 01/05/2015 | NOT PAID | ANT |
| FILING | $195.00 | 07/25/2014 | NOT PAID | ANT |

### The costs incurred on appeal to the First Court of Appeals Houston, Texas are $205.00.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 24, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**



Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



U.S. POSTAGE » PITNEY BOWES

ZIP 77002 $ 000.48⁰
02 1W
0001372104 APR 24 2015



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
MAY 20 2015
CHRISTOPHER A. PRINE
CLERK

CASE NO. 01-14-00625-CV
STEVEN MOODY
REF. 1945374

27S
R CSD

FWD

NIXIE      777054001-1N          05/14/15

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER